■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN NADAL, Also Known as JOHN NADAL, Appellant. [950 NYS2d 714]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 2, 2008 (*People v Nadal*, 57 AD3d 574 [2008]), modifying two judgments of the Supreme Court, Westchester County, both rendered January 6, 2004.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v B.P., Appellant. [950 NYS2d 716]—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Efman, J.), rendered January 13, 2011, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous adjudication as a youthful offender for attempted robbery in the second degree.

Ordered that the amended judgment is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's contention that he was deprived of the effective assistance of counsel is without merit (*see People v Ford*, 86 NY2d 397, 404 [1995]). Dillon, J.P., Hall, Roman and Cohen, JJ., concur.